

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEST COAST IRON, a California Corporation,<br><br>Defendant. | Case No.:  25-cv-00879-JO-DDL<br><br>**MINUTE ORDER** |

On November 17, 2025, Plaintiffs filed a Notice of Settlement and Commencement of 45-Day Review Period. *See* Dkt. 18. The Notice indicated the Parties reached a settlement, whose specific terms were set forth in a proposed Consent Decree, attached to the Notice as an exhibit. *See* Dkt. 18-1. Plaintiffs represented they "mailed copies of the proposed Consent Decree to the Administrator of the U.S. E.P.A., the U.S. Attorney General, Citizen Suit Coordinator, and the Regional Administrator of the EPA Region IX." Dkt. 18 at 2. The Notice stated that under provisions of 40 C.F.R. § 135.5, these agencies

1

would have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. *Id.*

On January 8, 2026, Plaintiffs filed a Notice of Completion of 45-Day Review Period. *See* Dkt. 19. The Notice indicated that on November 18, 2025, the U.S. Department of Justice served counsel of record for Plaintiffs a letter confirming receipt of the Consent Decree and indicating that if the DOJ has no comments or objections, Plaintiffs would not receive additional contact regarding this matter. *See* Dkt. 19-1. Plaintiffs confirmed that they have not received any further communications from the DOJ and therefore requests the Court enter the Consent Decree. *See* Dkt. 19 at 2–3.

S.D. Cal. CivLR 7.2(b) requires that "[a]ny stipulation for which court approval is sought must be first filed as a 'joint motion.'" Accordingly, the Court DIRECTS the Parties to file a joint motion to enter the consent decree. The Court further DIRECTS the Parties to address, in such motion, how the proposed consent decree is procedurally and substantively "fair, adequate and reasonable" and "conform[s] to applicable laws." *United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990). The Parties should also address how the proposed decree furthers the objectives of the "law upon which the complaint was based." *See Local No. 93, Int'l Ass'n. of Firefighters, etc. v. Cleveland*, 478 U.S. 501, 525 (1986). The joint motion, including the aforementioned briefing, should be no more than ten pages in length and be filed on or before February 19, 2026.

**IT IS SO ORDERED**.

Dated:  January 27, 2026

_____
Honorable Jinsook Ohta
United States District Judge

2

25-cv-00879-JO-DDL